# EXHIBIT A

# Notice of Copyright Violation (DMCA Takedown Notice) and Request to Remove Infringing Content

 rejected

**Ip** ip-protection@shein.com <ip-protection@shein.com> EXT
To ipprotection@temu.com
2023/02/22 18:35

Attachment  DMCA Takedown Notice2.22.pdf

To Registered DMCA Agent for Temu:

    We are legal counsel for Roadget Business Pte. Ltd. ("Roadget").  Roadget is the owner of the copyrighted material listed in Exhibit A (attached) (collectively "SHEIN Copyrights").  Temu is hosting various webpages containing content that infringe the SHEIN Copyrights ("Infringing Content").  The Infringing Content is made available on Temu, which is accessible throughout the United States, without Roadget's authorization or consent.  The Infringing Content is identified in Exhibit A.

    This letter is an official notice under the Digital Millennium Copyright Act ("DMCA"), Section 512(c).  We hereby demand that the Infringing Content noted above be immediately removed from your websites and servers. We further demand that Temu immediately notify and inform any third parties responsible for posting the Infringing Content of this notice and to cease any further unauthorized copying, display or distribution of the Infringing Content, including uploading of such content to your servers, in the future.  Please note that Temu, as an alleged service provider, is required under the law to remove or disable access to the Infringing Content upon receiving this notice.

    I hereby state that I have a good faith belief that the disputed use of the copyrighted material identified above is not authorized by the copyright owner, its exclusive licensee, its agent, or under the law.  I am providing this notice in good faith and with the reasonable belief that the copyright owner's rights are infringed.  I hereby certify under the penalty of perjury that the information contained in the notification is true to the best of my knowledge, and I have the authority to act on behalf of the owner and exclusive licensee of the copyright(s) involved.



**ip-protection@shein.com**
SHEIN集团/总经办/法务部

📎 从腾讯企业邮箱发来的超大附件

 ExhibitA.pdf (33.12M, 2023年03月24日 18:34 到期)
进入下载页面

 ExhibitA.xlsx (139.62M, 2023年03月24日 18:31 到期)
进入下载页面

Attachment

 DMCA Taked...
287.4KB





