

Case 2:23-cv-06557-MRA-RAO   Document 50   Filed 08/07/24   Page 1 of 2   Page ID #:616

| | |
|---|---|
| ART HASAN (SBN 167323)<br>ahasan@lewisroca.com<br>G. WARREN BLEEKER (SBN 210834)<br>wbleeker@lewisroca.com<br>DREW WILSON (SBN 283616)<br>dwilson@lewisroca.com<br>**LEWIS ROCA ROTHGERBER CHRISTIE LLP**<br>655 N. Central Avenue, Suite 2300<br>Glendale, CA 91203-1445<br>Telephone: (626) 795-9900<br>Facsimile: (626) 577-8800<br><br>Hua Chen (SBN 241831)<br>Calvin Chai (SBN 253389)<br>**ScienBiziP, P.C.**<br>550 S. Hope Street, Suite 2825<br>Los Angeles, California 90071<br>Telephone: (213) 426-1771<br>Facsimile: (213) 426-1788<br>huachen@scienbizippc.com<br>Calvinchai@scienbizippc.com<br><br>*Attorneys for Plaintiff*<br>*Foshan Liyan Undergarment Co., Ltd.* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Michael E. Williams (SBN 181299)<br>michaelwilliams@quinnemanuel.com<br>Kayla M. Rooney (SBN 354289)<br>kaylarooney@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for Defendant Roadget Business Pte. Ltd.* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSHAN LIYAN UNDERGARMENT CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROADGET BUSINESS PTE. LTD.,<br><br>　　　　Defendant. | Case No. 23-cv-6557-MRA-RAO<br><br>**STIPULATION OF DISMISSAL**<br><br>The Hon. Mónica Ramírez Almadani<br><br>Trial Date:　　None Set |


STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(l)(A). The parties further stipulate that each party shall bear its own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

DATED: August 7, 2024

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By    /s/ G. Warren Bleeker
Art Hasan
G. Warren Bleeker
Drew Wilson
*Attorneys for Plaintiff*
*Foshan Liyan Undergarment Co., Ltd.*

DATED: August 7, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    /s/ Michael E. Williams
Michael E. Williams
Kayla M. Rooney
*Attorneys for Defendant*
*Roadget Business Pte. Ltd.*